# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| CECILIA WILKERSON, on behalf of E.W., a minor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:10CV0087 CEJ |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the complaint, motion to proceed in forma pauperis, and related documents, all of which contain the full name of a minor child. Local Rule 5-2.17(A)(2) requires that the names of minor children be redacted from any filing with the Court. "Only the initials of minor children may be listed." Id. As a result, the Court will direct the Clerk to place the complaint, motion to proceed in forma pauperis, and related documents under seal. Additionally, plaintiff shall, no later than January 4, 2011, file an amended complaint that complies with Local Rule 5-2.17(A).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall place the complaint, motion to proceed in forma pauperis, and related documents under seal.

**IT IS FURTHER ORDERED** that plaintiff shall, no later than January 4, 2011, file an amended complaint that complies with Local Rule 5-2.17(A).

Dated this 22nd day of December, 2010.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE